

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) ) ) | 1:08CR0063 |
| v. | ) | CR. NO. _____ |
| | ) | Title 29, Section 501(c) |
| FRANCIS PAGAN, | ) | United States Code |
| Defendant. | ) ) | JUDGE ADAMS |

The United States Attorney charges:

1. At all times relevant to this Information, the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers, Local Lodge No. M03, AFL-CIO ("Boilermakers Lodge M3" or "local union"), located in East Cleveland, Ohio, was a labor organization engaged in an industry affecting commerce, within the meaning of Sections 402(I) and (j) of Title 29, United States Code.

2. At all relevant times to this Information, the defendant, FRANCIS PAGAN (also referred to as "FRANK PAGAN") was the President of Boilermakers Lodge M3. In that position, he was entrusted with the responsibility for maintaining the integrity of the funds belonging to the local union. The defendant maintained the check book for the union's checking

- 2 -

account, which required the dual signatures of the defendant, as President, and the local union's secretary-treasurer, on each check.

3. During the time period stated below, the defendant mis-used his position as President of Boilermakers Lodge M3 to obtain assets of the union to which he was not entitled, through various devices, including: issuing approximately 165 checks payable to himself in the aggregate amount of $17,415, without authorization; forging the name of the local union's secretary-treasurer on the checks; negotiating the checks and using the proceeds for his personal purposes; and falsely recording the payee or leaving the payee blank on some of the check stubs. In addition, the defendant further concealed his wrongful taking of the funds by preparing, signing, and causing to be submitted to the U.S. Department of Labor, the local union's required annual reports (Form LM-3 Labor Organization Annual Report) for the fiscal years ended June 30, 2004, and June 30, 2005, in which he listed (in item 24) amounts paid to him that were substantially less than the total amount of local union funds he received.

4. From on or about September 9, 2003, through on or about February 22, 2006, in the Northern District of Ohio, Eastern Division, the defendant, FRANCIS PAGAN, while an officer, that is, President, of Boilermakers Lodge M3, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, and assets of said labor organization in the approximate amount of $17,415.

In violation of Title 29, United States Code, Section 501(c).

GREGORY A. WHITE
United States Attorney