ADAMS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:08CR63 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Francis Pagan, | ) | |
| | ) | |
| Defendant(s). | ) | |

A report and recommendation of Magistrate Judge James S. Gallas has filed in this matter recommending that the above defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts Magistrate Judge James S. Gallas' Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.

Date: March 19, 2008

                                              *S/John R. Adams*
                                              John R. Adams
                                              U.S. District Judge